| | |
|---|---|
| 1 | BENJAMIN B. WAGNER<br>United States Attorney |
| 2 | LAURA A. HUGGINS<br>Special Assistant U.S. Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700<br>Facsimile: (916) 554-2900 |

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:14-CR-00013-KJN |
|---|---|
| Plaintiff, | ORDER CONTINUING ARRAIGNMENT |
| v. | |
| NADINE WILSON,<br>aka NADINE ARMSTRONG | |
| Defendant. | |

It is hereby ordered that the arraignment scheduled for February 25, 2015, at 9:00 a.m., is continued to March 4, 2015 at 9:00 a.m.

Dated: February 23, 2015

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1